IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZO SKIN HEALTH, INC., a California corporation;<br><br>              Plaintiff,<br><br>    vs.<br><br>BLANCA ESTELA DELAO, an individual;<br><br>              Defendant. | **8:20CV77**<br><br>**SHOW CAUSE ORDER** |

A summons was issued as to Defendant Blanca Estela Delao ("Defendant") on February 27, 2020 and returned executed March 5, 2020. (Filing Nos. 7 and 9). Therefore, the deadline for Defendant to answer or otherwise respond to the Complaint filed by Plaintiff ZO Skin Health, Inc. ("Plaintiff") was March 26, 2020. Defendant has not, to date, filed an answer or response, and no explanation has been provided to the court regarding the failure to litigate this matter.

Accordingly, IT IS ORDERED that Plaintiff shall have until May 8, 2020 to show cause why its claims against Defendant should not be dismissed for want of prosecution. See NECivR 41.2. The failure to timely comply with this order may result in dismissal of those claims without further notice.

Dated this 24th day of April, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge